| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Cold Carriers Logistics LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **FDBA Watkins Logistics, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-4012622** |

| 4. | Debtor's address | **Principal place of business** <br><br> **3504 Lake Lynda Drive, Suite 107** <br> **Orlando, FL 32817** <br> Number, Street, City, State & ZIP Code <br><br> **Orange** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | _____ |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Cold Carriers Logistics LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Cold Carriers Logistics LLC** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |          Contact name _____ |
| | |          Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | Check one: |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Cold Carriers Logistics LLC**                                        Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 27, 2019**
             MM / DD / YYYY

**X** **/s/ Kenneth J. Meister**                                    **Kenneth J. Meister**
Signature of authorized representative of debtor                    Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ R.Scott Shuker, Esq**                        Date  **September 27, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 337-2060**     Email address  **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

Debtor **Cold Carriers Logistics LLC**  Case number *(if known)*
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Gantt Holdings, LLC** | | Relationship to you | **Affiliate** | |
| District | | When **9/27/19** | Case number, if known | | |
| Debtor | **Gantt Trucking, LLC** | | Relationship to you | **Affiliate** | |
| District | | When **9/27/19** | Case number, if known | | |
| Debtor | **Interide Transport LC** | | Relationship to you | **Affiliate** | |
| District | | When **9/27/19** | Case number, if known | | |
| Debtor | **KJM Capital Transportion Fund, LLC** | | Relationship to you | **Parent** | |
| District | | When **9/27/19** | Case number, if known | | |
| Debtor | **Sunco Holdings, LLC** | | Relationship to you | **Affiliate** | |
| District | | When **9/27/19** | Case number, if known | | |
| Debtor | **Sunco Trucking, LLC** | | Relationship to you | **Affiliate** | |
| District | | When **9/27/19** | Case number, if known | | |
| Debtor | **Watkins Refrigerated, LLC** | | Relationship to you | **Affiliate** | |
| District | | When **9/27/19** | Case number, if known | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cold Carriers Logistics LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2RH TRANSPORTATION LLC  115 BIRCH CHASE  RIVERDALE, GA 30274 | | | | | | $18,448.50 |
| BLUE BEACON INTERNATIONAL INC.  P.O. BOX 856  SALINA, KS 67402-0856 | | | | | | $19,186.32 |
| BRIDGESTONE AMERICAS TIRE  200 4TH AVE S, STE 100  PO BOX 140990  NASHVILLE, TN 37201 | | | | | | $60,625.84 |
| CANDELARIO GUZMAN  DBA OLD PYLON TRUCKING  5016 N HUISACHE AVE.  PHARR, TX 78577 | | | | | | $16,845.00 |
| COTTINGHAM & BUTLER, INC.  P.O. BOX 449  DUBUQUE, IA 52004-0449 | | | | | | $53,281.00 |
| CS TRUCK & TRAILER REPAIR SERVICES  6575 MARSHALL BLVD. SUITE B  LITHONIA, GA 30058 | | | | | | $22,673.67 |

Debtor **Cold Carriers Logistics LLC**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DON YATES TRUCKING INC** 225 BARBER JUNCTION RD CLEVELAND, NC 27013 | | | | | | $21,806.00 |
| **FLEET PRODUCTS** 6510 GOLDEN GROVES LANE TAMPA, FL 33610 | | | | | | $42,300.41 |
| **FLEETNET AMERICA, INC.** P.O. BOX 970 CHERRYVILLE, NC 28021 | | | | | | $35,274.79 |
| **LOVES TIRE CARE** PO BOX 842568 KANSAS CITY, MO 64184-2568 | | | | | | $46,701.94 |
| **ORLANDO FREIGHTLINER, INC.** P.O. BOX 547185 ORLANDO, FL 32854-7185 | | | | | | $16,274.65 |
| **PEACH STATE FREIGHTLINER LLC** P.O. BOX 808 NORCROSS, GA 30091 | | | | | | $23,752.00 |
| **PILOT TRAVEL CENTERS, LLC** 5508 LONAS RD KNOXVILLE, TN 37909 | | | | | | $35,901.01 |
| **SADDLE CREEK TRANSPORTATION** P.O. BOX 530625 ATLANTA, GA 30353-0625 | | | | | | $84,240.39 |
| **SOUTHPORT TRUCK GROUP** 7528 US HWY 301 N TAMPA, FL 33637 | | | | | | $22,858.56 |
| **SUNBELT TRANSPORT REFRIGERATION, LTD.** P.O. BOX 919016 ORLANDO, FL 32891-9016 | | | | | | $27,747.52 |

Debtor **Cold Carriers Logistics LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sunco Carriers Inc<br>Attn Janice Seymore<br>1958 Monroe Drive NE<br>ATLANTA, GA 30324 | | | | | | $40,800.00 |
| THE GOODYEAR TIRE AND RUBBER<br>P O BOX 277808<br>ATLANTA, GA 30384-7808 | | | | | | $122,773.20 |
| THERMO KING<br>15816 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | | | | $39,534.22 |
| W. W. WILLIAMS<br>2849 MORELAND AVENUE S.E.<br>ATLANTA, GA 30315-5723 | | | | | | $24,085.98 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Cold Carriers Logistics LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KJM Capital Transportation Fund, LLC<br>3504 Lake Lynda Dr, Ste 107<br>Orlando, FL 32817 | N/A | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 27, 2019**

Signature  **/s/ Kenneth J. Meister**  
**Kenneth J. Meister**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: **Cold Carriers Logistics LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 27, 2019**

**/s/ Kenneth J. Meister**
**Kenneth J. Meister**/**Manager**
Signer/Title

Cold Carriers Logistics LLC
3504 Lake Lynda Drive, Suite 107
Orlando, FL 32817

BLUE BEACON INTERNATIONAL INC.
P.O. BOX 856
SALINA, KS 67402-0856

CDL LEGAL
27585 W 83RD ST
LENEXA, KS 66227


R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

BORING BUSINESS SYSTEMS INC.
P.O. BOX 743
LAKELAND, FL 33802

CENTRAL FLORIDA EXPRESSWAA
PO BOX 585070
ORLANDO, FL 32858-5070


2RH TRANSPORTATION LLC
115 BIRCH CHASE
RIVERDALE, GA 30274

BRIDGESTONE AMERICAS TIRE
200 4TH AVE S, STE 100
PO BOX 140990
NASHVILLE, TN 37201

CHECHE TRUCKING INC
1723 W MOHAWK AVE
TAMPA, FL 33603


AAA SEMI TRUCK & TRAILER REPAIR,
34415 S. HAINES CREEK RD
LEESBURG, FL 34788

BROTHERS TRUCKING LLC
3035 S TORREY PINES DR
LAS VEGAS, NV 89146

CHECKER CAB COMPANY OF L
2101 E. MAIN ST.
LAKELAND, FL 33801


AAA TRUCKING INC
213 CHANDLER SPRINGS DR
HOLLY SPRINGS, NC 27540

BROTHERS TRUCKING SERVICES INC
620 PEACH ORCHARD RD
SALISBURY, NC 28147

CHEVRON PRODUCTS COMPANY
P.O. BOX 730348
DALLAS, TX 75373-0348


ACCURATE PAPER HOLDINGS, LLC.
P.O. BOX 865388
ORLANDO, FL 32886-5388

CAMS TRANSPORT COMPANY
2985 ELBIB DR
SAINT CLOUD, FL 34772

CINTAS CORPORATION # 074
P.O. BOX 630910
CINCINNATI, OH 45263-0910


AIM TRANSPORTATION SERVICES
1407 OREGON ST
WATERLOO, IA 50702

CANDELARIO GUZMAN
DBA OLD PYLON TRUCKING
5016 N HUISACHE AVE.
PHARR, TX 78577

COAST 2 COAST TRUCKING, IN
8808 MATHOG RD
RIVERVIEW, FL 33579


ALLIANCE EXPEDITED SERVICES
702 WHITE OAK DR
LEBANON, TN 37087

Carrier Transicold South
500 Dainel Payne Drive
Birmingham, AL 35214

COLS TRUCKING
3140 BRIGHTON PASS
CONYERS, GA 30094


ARTCCA INC
206 FAIRFIELD DR
SANFORD, FL 32771

CARRIER411 SERVCES, INC.
1540 INTERNATIONAL PARKWAY
STE 2000
LAKE MARY, FL 32746-5096

COMPANYCARE LLC
1346 62ND AVE NORTH
ST PETERSBURG, FL 33702

COR TRUCKING CORP
6802 TIMBERLANE WES DR
TAMPA, FL 33615

DAT Solutions
PO Box 783801
Philadelphia, PA 19178-3801

DORIN MATEIOVICI
1858 SHAKER FALLS LANE
LAWRENCEVILLE, GA 30045

COTTINGHAM & BUTLER, INC.
P.O. BOX 449
DUBUQUE, IA 52004-0449

DELAWARE DEPARTMENT OF TRANSPORTATION
P.O. BOX 697
DOVER, DE 19903-0697

DSI MEDICAL SERVICES, INC.
300 WELSH ROAD, BLDG 4, SUITE 6
HORSHAM, PA 19044

COULTER TRANSPORT LLC
2739 TINDAL ROAD
SUMTER, SC 29150

Delaware Dept of Revenue
Attn:  Ex Director
820 N French Street
Wilmington, DE 19801

DSL EXPRESS TRUCKING INC
11915 STREAMBED DR
RIVERVIEW, FL 33579

CREDIT PROTECTION ASSOCIATION, LP
C/O NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 207899
DALLAS, TX 75320-7899

DELTA EXPRESS INC
10 WOODBERRY LANE
ASHEVILLE, NC 28806

DUNN DUNN TRUCKING
2328 BRAELIN LOOP
MCDONOUGH, GA 30253

CROOK TRANSPORT LLC
2961 NESTLE CREEK DRIVE
MARIETTA, GA 30062

DIAMOND TRUCK CORP
18025 NW 84TH AVE
HIALEAH, FL 33015

E-470 PUBLIC HWY AUTHORITY
E-470 PUBLIC HWY AUTHORITY
PO BOX 5470
DENVER, CO 80217-5470

CROOMS FLEET SERVICES INC.
15158 EVANS RANCH RD
LAKELAND, FL 33809

DIS EXPRESS INC
2237 TRADITION DR
GRAND RAPIDS, MI 49505

EASTERN METAL SUPPLY, INC.
3600 23RD AVENUE SOUTH
LAKE WORTH, FL 33461

CRUMPTON WELDING SUPPLY & EQUIPMENT
P.O. BOX 75939
TAMPA, FL 33675

DISCOVERY BENEFITS, INC.
P.O. BOX 9528
FARGO, ND 58106-9528

ENES EXPRESS LLC
5003 EDDYSTONE LN
MONROE, NC 28110

CS TRUCK & TRAILER REPAIR SERVICES
6575 MARSHALL BLVD. SUITE B
LITHONIA, GA 30058

DOCUMENT MANAGEMENT INCORPORATED
PO BOX 19
SHERMAN, IL 62684

ETNA TRANSPORTATION LLC
10651 STEPPINGTON DR #3056
DALLAS, TX 75230

DAIMLER TRUCK FINANCIAL
PO BOX 5261
CAROL STREAM, IL 60197-5261

DON YATES TRUCKING INC
225 BARBER JUNCTION RD
CLEVELAND, NC 27013

F2F TRANSPORT, LLC
1301 RIVERFRONT PARKWAY SU 11
CHATTANOOGA, TN 37402

| | | |
|---|---|---|
| FDOT<br>PO BOX 105477<br>ATLANTA, GA 30348-5477 | GEORGIA DIRECT TRANSPORTATION<br>1995 NORTH PARK PL STE 310K<br>ATLANTA, GA 30339 | HIGH END FREIGHT SOLUTIONS LL<br>113 ALBERTA CIR<br>PIEDMONT, SC 29673 |
| FEDERAL EXPRESS CORPORATION<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | GIC LOGISTICS INC<br>1505 DEERWOOD TRL<br>WISCONSIN DELLS, WI 53965 | HIRERIGHT, LLC<br>PO BOX 847891<br>DALLAS, TX 75284-7891 |
| FLEET PRODUCTS<br>6510 GOLDEN GROVES LANE<br>TAMPA, FL 33610 | GLOBAL FROZEN TRUCKING INC<br>13141 66TH STREET N<br>LARGO, FL 33773 | HOMER EXPRESS LLC<br>33243 POWER LINE CT<br>WARRENTON, MO 63383 |
| FLEETNET AMERICA, INC.<br>P.O. BOX 970<br>CHERRYVILLE, NC 28021 | GRACE & MERCY TRUCKING LLC<br>2609 PRINCE STREET<br>GEORGETOWN, SC 29440 | INDY LOGISTICS INC<br>11723 WALTON CRES<br>ZIONSVILLE, IN 46077 |
| FLEETWING CORPORATION<br>PO BOX 22<br>LAKELAND, FL 33802 | GREAT DANE AFTERMARKET PARTS<br>25768 NETWORK PLACE<br>CHICAGO, IL 60673-1257 | INFINITY TRUCKING SPECIALIST LL<br>431 E 6TH<br>WAYNESBORO, GA 30830 |
| FLORIDA RELIABLE TRANSPORTAT<br>11783 SE 140 TER<br>OCKLAWAHA, FL 32179 | GTI TRANSPORT LLC<br>10015 LAKE CREEK PKWY APT#427<br>AUSTIN, TX 78729 | INTER-LINK TRANSPORTATION L<br>5608 S BRIAR RIDGE CIR<br>MCKINNEY, TX 75070 |
| FLORIDA UTILITY TRAILERS INC<br>1101 S. ORANGE BLOSSOM TL<br>ATTENTION PAT O'BERRY<br>APOPKA, FL 32703 | GULF COAST BUSINESS CREDIT<br>7000 WAVERLY ROAD<br>WAVERLY, FL 33877 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| FREIGHT DISPATCH SERVICE INC<br>8700 WESR FLAGLER ST SUITE 275<br>MIAMI, FL 33174 | GULF COAST THERMO KING<br>7802 U.S. HIGHWAY 301 NORTH<br>TAMPA, FL 33637 | INTERSTATE BATTERY SYSTEMS<br>P.O. BOX 2673<br>EATON PARK, FL 33840 |
| FREIGHT LINES INC<br>6106 KNOLL VALLEY DR APT #101<br>WILLOWBROOK, IL 60527 | GUYTON TRANSPORT INC.<br>1850 LANDON LANE<br>BRASELTON, GA 30517 | JESSIE JONES AUTO GLASS, IN<br>P.O. BOX 9124<br>WINTER HAVEN, FL 33883 |

| | | |
|---|---|---|
| JWP EXPRESS LLC<br>668 COMMUNITY CT<br>GALLATIN, TN 37066 | LOVES TIRE CARE<br>PO BOX 842568<br>KANSAS CITY, MO 64184-2568 | NATHAN RUSSELL AUTO DETAIL<br>PO BOX 676<br>LAKELAND, FL 33802 |
| K L TRANSPORT LLC<br>6220 ALDER DR SPT # 3928<br>HOUSTON, TX 77081 | M J INTERSTATE<br>MARY UPENDO JOSEPH<br>3129 MONARCH DR<br>PLANO, TX 75074 | NORTH CENTRAL UTILITY<br>4334 DENTAL ROAD<br>DEFORST, WI 53532 |
| KARAN TRANSPORT INC<br>43908 LOGANWOOD CT<br>ASHBURN, VA 20147 | MAG CARRIERS LLC<br>184 PRINTUP ST<br>DEARING, GA 30808 | NORTH COVE TRUCK SERVICE IN<br>12363 U.S. 221 NORTH<br>MARION, NC 28752 |
| KENWORTH OF CENTRAL FLORIDA<br>5004 NORTH COMBEE ROAD<br>LAKELAND, FL 33805-7508 | MAIL PROCESSING ASSOC. INC<br>P.O. BOX 3933<br>LAKELAND, FL 33802-3933 | OMNITRACS HOLDINGS, LLC.<br>FILE NO. 54210<br>LOS ANGELES, CA 90074-4210 |
| KINOS TRANSPORT LLC<br>1508 HUGHES CT<br>HIGH POINT, NC 27263 | MDX TRUCKING, INC.<br>1415 HWY 85 N STE 310-425<br>FAYETTEVILLE, GA 30214 | ONE NETWORK ENTERPRISES, IN<br>4055 VALLEY VIEW LN. STE 1000<br>DALLAS, TX 75244 |
| KRAM TIRE INTERNATIONAL INC.<br>PO BOX 246<br>CONLEY, GA 30288 | MGI EXPRESS LLC<br>134 WINDING WOOD DR APT 1A<br>SAYREVILLE, NJ 08872 | ORLANDO FREIGHTLINER, INC.<br>P.O. BOX 547185<br>ORLANDO, FL 32854-7185 |
| LAKELAND ELECTRIC<br>PO BOX 32006<br>LAKELAND, FL 33802 | MICHELIN NORTH AMERICA INC<br>ONE PARKWAY SOUTH<br>PO BOX 19001<br>GREENVILLE, SC 29602-9001 | PARRY'S LAWN & LANDSCAPE, IN<br>2000 E. EDGEWOOD DRIVE SUITE B0<br>LAKELAND, FL 33803 |
| LH TRANSPORTATION INC<br>8414 MAY ST<br>TAMPA, FL 33614 | MIDNIGHT EXPRESS TRANSPORTATION<br>1125 CREST BROOK LN<br>ROSWELL, GA 30075 | PAYNE AIR CONDITIONING & HEN<br>1048 E. OLEANDER STREET<br>LAKELAND, FL 33801 |
| LINEAGE<br>110 PLUGS DRIVE<br>DECATUR, AL 35601 | NAAC TRANSPORT LLC<br>497 RIGLAW CIR<br>LEXINGTON, SC 29073 | PBJ EXPRESS INC<br>2325 EASTLAND<br>JOPLIN, MO 64801 |

| | | |
|---|---|---|
| PEACH STATE FREIGHTLINER LLC<br>P.O. BOX 808<br>NORCROSS, GA 30091 | RABBIT INC<br>2045 S ARLINGTON HEIGHTS #112<br>ARLINGTON HTS, IL 60005 | SKYBITZ, INC.<br>DEPT CH 16861<br>PALATINE, IL 60055-6861 |
| PILOT TRAVEL CENTERS, LLC<br>5508 LONAS RD<br>KNOXVILLE, TN 37909 | RAIN DOGS TRUCKING INC<br>689 EXECUTIVE DR<br>WILLOWBROOK, IL 60527 | SOUTHERN CONNECTOR<br>PO BOX 408<br>PIEDMONT, SC 29673 |
| PREMIER TRUCK GROUP<br>137 GATEWAY DR<br>RINGGOLD, GA 30736-7319 | REAL STARS TRUCKING LLC<br>2624 Cedar Bluff Ct<br>Ocoee, FL 34761 | SOUTHPORT TRUCK GROUP<br>7528 US HWY 301 N<br>TAMPA, FL 33637 |
| PROFESSIONAL ACCOUNT MANAGEMENT<br>PO BOX 1153<br>MILWAUKEE, WI 53201-1153 | RUSH TRUCK CENTERS OF FLORIDA, INC<br>P.O. BOX 2208<br>DECATUR, AL 35609-2208 | SPECTRUM ENTERPRISE<br>P.O. BOX 790450<br>SAINT LOUIS, MO 63179-0450 |
| PURE WATER PARTNERS<br>1600 DISTRICT AVE, SUITE 200<br>BURLINGTON, MA 01803 | SADDLE CREEK TRANSPORTATION<br>P.O. BOX 530625<br>ATLANTA, GA 30353-0625 | ST TRANSPORTATION LLC<br>7157 SIR GALAHAD WAY<br>JONESBORO, GA 30236 |
| Q TRANS<br>JOHN N QUINTERO<br>121 CLAIRMONT DR<br>COWARTS, AL 36321 | SAFETY-KLEEN SYSTEMS<br>P.O. BOX 650509<br>DALLAS, TX 75265-0509 | STAPLES CONTRACT & COMMEIN<br>DEPT ATL<br>P. O. BOX 105638<br>ATLANTA, GA 30384-5386 |
| QUIZICAL LOGISTICS LLC<br>5813 MONTINA RD<br>KNOXVILLE, TN 37912 | Santander Bank<br>Mail code: MA2-6560-CB16<br>28 State Street<br>Boston, MA 02109 | STATEWIDE BUILDING MAINTENA<br>P.O. BOX 90394<br>LAKELAND, FL 33804-0394 |
| R H P T LOGISTICS LLC<br>615 ST GEORGE SQUARE CT UNIT 300<br>WINSTON SALEM, NC 27103 | SCOTLYNN COMMODITIES INC<br>15671 SAN CARLOS BLVD<br>FORT MYERS, FL 33908 | STEELHEAD FINANCE<br>F/A/O BIM GROUP LLC DBA DYATR<br>3518 HEATHROW WAY<br>MEDFORD, OR 97504 |
| R2 TRUCKIN LLC<br>12481 CO RD 41<br>ARLEY, AL 35541 | SHEWA TRACKING LLC<br>336 CRESTHAVEN DR<br>ROCKWALL, TX 75032 | STEPP'S TOWING SERVICE<br>9602 EAST HWY 92<br>TAMPA, FL 33610 |

| | | |
|---|---|---|
| SUN STATE INTERNATIONAL TRUCKS<br>P.O. BOX 26043<br>TAMPA, FL 33623-6043 | THE GOODYEAR TIRE AND RUBBER<br>P O BOX 277808<br>ATLANTA, GA 30384-7808 | TRAVELING MAN TRANSPORTAT<br>2335 SHAMROCK DRIVE<br>DECATUR, GA 30032 |
| SUNBELT TRANSPORT REFRIGERATION<br>P.O. BOX 919016<br>ORLANDO, FL 32891-9016 | THE HARTLINE ALARM COMPANY, INC.<br>PO BOX 1257<br>LAKE WALES, FL 33859 | TRAVELOKO INC<br>1887 MT CONNESS WAY<br>ANTIOCH, CA 94531 |
| Sunco Carriers Inc<br>Attn Janice Seymore<br>1958 Monroe Drive NE<br>ATLANTA, GA 30324 | THERMO KING<br>15816 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | TRUCK & TRAILER OF MACON, IN<br>PO BOX 28588<br>MACON, GA 31221 |
| SWAM LOGISTICS INC<br>11266 SW 230 TERRACE<br>MIAMI, FL 33170 | TMW SYSTEMS, INC.<br>WELLS FARGO BANK<br>P.O. BOX 203455<br>DALLAS, TX 75320-3455 | TRUCKING BY JJV LLC<br>1350 NORTH ST<br>LONGWOOD, FL 32750-6336 |
| TCW, INC<br>22 STANLEY STREET,   ATTN:DAVID MAIRONE<br>NASHVILLE, TN 37210 | TRAILCO OF FLORIDA, INC.<br>PO BOX 730<br>HASTINGS, FL 32145 | TRULY NOLEN OF AMERICA, IN<br>4842 N. FLORIDA AVE., 2ND FLO<br>TAMPA, FL 33603-2157 |
| TENSTREET, LLC<br>5121 S. WHEELING, STE.200<br>TULSA, OK 74105 | TRAILER LOGIC LLC.<br>4392 HAMILTON DR.<br>EAGAN, MN 55123 | UNITED TOUR LOGISTICS SERVLL<br>2538 PICKETT FENCE LN<br>SNELLVILLE, GA 30078 |
| TERSON TRUCKING<br>TERENCE BUCHANAN<br>1019 JIMMY DR<br>GLENCOE, AL 35905 | TRANSFLO EXPRESS<br>PO BOX 88319<br>MILWAUKEE, WI 53288-0319 | Universal Trucking (UTBA)<br>P.O. BOX 848<br>TYRONE, GA 30290 |
| TFC ALWAYS LLC<br>2860 HWY 292<br>LYONS, GA 30436 | TRAVEL CENTERS OF AMERICA LLC<br>P.O. BOX 641906<br>CINCINNATI, OH 45264-1906 | W. W. WILLIAMS<br>2849 MORELAND AVENUE S.E.<br>ATLANTA, GA 30315-5723 |
| The Corporation Trust Com<br>Registered Agent<br>1209 Orange St<br>Wilmington, DE 19801 | TRAVELERS CL REMITTANCE CENTER<br>PO BOX 660317<br>DALLAS, TX 75266-0317 | WELLS FARGO FINANCIAL LEAS<br>P.O. BOX 105743<br>ATLANTA, GA 30348-5743 |

WORKFORCEQA, LLC  
1430 SOUTH MAIN STREET  
SALT LAKE CITY, UT 84115